# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

**George Adrong**
3713 Simmon St
Charlotte, NC 28208
Plaintiff, Pro Se
v.

**Old Dominion Freight Line, Inc.**
c/o Steven J. Bibbee, Corporate Secretary & Registered Agent
500 Old Dominion Way
Thomasville, NC 27360
Defendant.

FILED
CHARLOTTE, NC

SEP 2 6 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Civil Action No: 3:25-cv-741

## COMPLAINT
Title VII of the Civil Rights Act of 1964 – Discrimination, Harassment, Retaliation

### I. JURISDICTION AND VENUE
1. This Court has jurisdiction under **42 U.S.C. §2000e-5(f)(3)** and **28 U.S.C. §§1331, 1343** because this action arises under **Title VII of the Civil Rights Act of 1964**.
2. Venue is proper in this District under **28 U.S.C. §1391(b)** because the Defendant maintains its headquarters at **500 Old Dominion Way, Thomasville, NC 27360**, within the Western District of North Carolina, and the unlawful employment practices occurred in Charlotte, NC.

### II. PARTIES
3. Plaintiff, **George Adrong**, is an employee of Old Dominion Freight Line, Inc. with over **14 years of continuous service** at the GBO, and CLT Service Center.
4. Defendant, **Old Dominion Freight Line, Inc.**, is a Virginia corporation authorized to do business in North Carolina, operating a national freight line, and is an "employer" as defined by **42 U.S.C. §2000e(b)**. Defendant's Corporate Secretary and Registered Agent is **Steven J. Bibbee**, located at **500 Old Dominion Way, Thomasville, NC 27360**.

### III. STATEMENT OF FACTS
5. On **July 29, 2025**, Plaintiff was subjected to harassment and unequal discipline by **Operations Manager Leigha Motta**, who issued repeated **Employee Performance Reports (EPRs)** despite Plaintiff providing valid explanations for absences and tardiness. The next day Plaintiff was called to the office, and was told to "only worry about him self and not others" this raise the concern of a coverup with the management at the CLT service center.

6. Other employees, including supervisors and managers, engaged in similar or worse attendance issues without discipline. This constitutes **unequal enforcement of company policy**.
7. Plaintiff requested **Paid Time Off (PTO)** on multiple occasions, which was consistently denied, while other employees on the dock were routinely granted PTO. This demonstrates **favoritism** and unequal treatment.
8. On one occasion, OM **Leigha Motta** came to Plaintiff's dock door, harassed him to sign a disciplinary write-up, and when Plaintiff refused, she threatened to report him to HR, and terminal manager Jeff Gridstaff. She provided no explanation for the write-up and acted in an unprofessional manner.
9. Plaintiff submitted multiple internal complaints, including on **July 30, 2025**, to management, HR, and Vice President **Chuck Graham**, alleging harassment, discrimination, favoritism, and unequal enforcement of policies.
10. Plaintiff was told by management that "numerous EPRs" had been issued to other employees, but Defendant refused to provide any evidence or verification.
11. Plaintiff met with HR representative **Jack Reece** on **July 31, 2025**, and again on **August 13, 2025**, where he restated his concerns. Defendant again refused to provide proof that other employees were disciplined.
12. Plaintiff escalated his complaint on **September 11, 2025**, providing a written statement of harassment and discrimination. Defendant again failed to suspend or investigate OM Motta and failed to take corrective action.
13. Defendant responded in writing that "all complaints have been addressed" and closed the matter without remedy, leaving Plaintiff subjected to continued discrimination and harassment.
14. Plaintiff filed a **Charge of Discrimination with the EEOC**, Inquiry No. **430-2025-04897**, alleging discrimination on the basis of **race, national origin, color, and retaliation**.
15. Plaintiff continues to work for Defendant but has been subjected to **emotional distress, hostile work environment, loss of PTO benefits, unequal treatment, and retaliation** for reporting discrimination.

## IV. CAUSES OF ACTION
### COUNT I – DISCRIMINATION (42 U.S.C. §2000e-2(a))
16. Plaintiff realleges paragraphs 1–15.
17. Defendant discriminated against Plaintiff in the terms and conditions of employment because of his **race, national origin, and color**, in violation of **Title VII**.

### COUNT II – HOSTILE WORK ENVIRONMENT (42 U.S.C. §2000e-2(a))
18. Plaintiff realleges paragraphs 1–15.
19. Plaintiff was subjected to repeated harassment by OM Motta, including coercion to sign false write-ups, denial of PTO, and targeting of Plaintiff while others were not disciplined.
20. Defendant's failure to act created a **hostile work environment** prohibited under Title VII.

### COUNT III – RETALIATION (42 U.S.C. §2000e-3(a))
21. Plaintiff realleges paragraphs 1–15.

22. Plaintiff engaged in **protected activity** by reporting harassment and discrimination to management, HR, and the Vice President.
23. Defendant retaliated by continuing to target Plaintiff with discipline, refusing PTO, dismissing complaints without investigation, and allowing the offending manager to continue unchecked.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands judgment against Defendant as follows:
1. **Compensatory damages** in the amount of **$1,000,000.00** for lost benefits, emotional distress, and harm suffered.
2. **Declaratory judgment** that Defendant's conduct violated Title VII.
3. **Injunctive relief** requiring Defendant to:
   - Remove everyone involved OM Leigha Motta, John Foley, and Jeff Gridstaff from supervisory, and management authority over Plaintiff;
   - Implement equal enforcement of attendance and PTO policies;
   - Conduct anti-discrimination and anti-harassment training for CLT Service Center management.
4. **Costs of this action** as allowed by law.
5. Such further relief as this Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.


Respectfully submitted,

Dated: _09/26/2025.

*George Adrong* (signature)

George Adrong
Plaintiff, Pro Se
3713 Simmon St
Charlotte, NC28208
Phone: 910-973-3025
Email: georgeadrong04@gmail.com